NOTICE OF APPEARANCE IN A CRIMINAL CASE

CLERK'S OFFICE
UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
WASHINGTON, D.C.  20001


UNITED STATES OF AMERICA

      VS.                      CRIMINAL NUMBER  07-131(JR)


JAMES BECTON, ET AL


TO:    NANCY MAYER-WHITTINGTON, CLERK


YOU ARE HEREBY NOTIFIED THAT I APPEAR AS THE COURT EXPERT PER COURT ORDER (SEE DOCUMENT 127)  IN THE ENTITLED ACTION AS A CJA APPOINTMENT *NUNC PRO TUNC* TO MARCH 13, 2008.


JENSEN E. BARBER II
BAR 376325
Law Offices of J.E. Barber, PC
400 7th Street, NW
Suite 400
Washington, D.C. 20004-2242
(202) 737-8511
Jebarberpc@aol.com