UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>vs.<br><br>JAMES BECTON, et al,<br>                Defendants | CR Nº: 1:07-131(JR) |

## NOTICE OF FILING

Please be advised that we have completed the telephone CDs for each and every defendant and have sent same with the attached cover letter to Ms. Amato for transmission to the DC Jail.

                                                      _____/s/_____
                                                      JENSEN E. BARBER II
                                                      LAW OFFICES OF J. E. BARBER, P.C.
                                                        Unified Bar No. 376325
                                                        400 7th Street, NW
                                                        Suite 400
                                                        Washington, D.C. 20004-2242
                                                        (202) 737-8511
                                                        jebarberpc@aol.com
                                                        Court Appointed Discovery Master

Dated: April 15, 2008

## CERTIFICATE OF SERVICE

    The undersigned certifies that he served the within pleading by ECM filing to the listed counsel for defendants and government counsel.

                                                      _____/s/_____
                                                          JE Barber

April 15, 2008

By Messenger

Maria Amato, General Counsel
Department of Corrections
Office of Attorney General for the
District of Columbia
1923 Vermont Avenue, NW, N 102
Washington, D.C. 20001

      Re: *United States v. James Becton, et al.*, 07-cr-131 (JR)

Dear Ms. Amato:

      Based upon our conversation, I am providing discovery for the following five inmates being held without bond in the *Becton* case at the DC Jail:

1. Tyrone Washington
   DCDC 280-831
   1 CD

2. Christopher Becton
   DCDC 265-395
   1 CD

3. Rubin Butler
   DCDC 313-960
   1 CD

4. Willie Best
   DCDC 264-406
   2 CDs

5. James Becton
   DCDC 265-550
   5 CDs

Discovery Transmittal
Maria Amato, Esquire
April 15, 2008
Page 2

      Each of these five defendants is provided with varying numbers of CDs containing audio and synopsis computer files as provided by Assistant United States Attorney Arvind Lal. Two defendants, Keith Sampler and Johnny Hodge, received one audio CD each which contains telephone calls pertinent to them in the April 7, 2008 shipment
.
      We have reviewed each disk to insure that nothing untoward or illegal has been included. I can attest that each one meets the criteria upon which the government insisted.

      Each of the five packages corresponds to a singular inmate. Each disk has the case name, the contents and an identifying name and DCDC number. I have left each package unsealed in case you or the DC Jail staff wish to double check before distributing the CDs.

      Should you have any questions or concerns please do not hesitate to call me. Thank you for being so accommodating with this arduous task. Please be assured, I remain,

      Sincerely yours,


      Jensen E. Barber II
      Court Discovery Expert


cc: Notice of Filing: ECM