**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

UNITED STATES OF AMERICA )
)
)
)
v. ) Cr. No. 07-131 (JR)
)
)
)
JOHNNY HODGE )
_____ )

**DEFENDANT JOHNNY HODGE'S MOTION TO ADOPT
AND CONFORM MOTIONS OF THE CO-DEFENDANT**

_____COMES NOW, Johnny Hodge, by and through Joseph Conte, 400 Seventh Street, N.W., Suite 400, Washington, D.C. 20004 in accordance with Rule 47 of the Federal Rules of Criminal Procedure to respectfully request this Honorable Court to adopt and join in all pertinent motions filed by the co-defendant which are not inconsistent with the positions he has or will take in this litigation. In support of this motion counsel would state:

1. The defendant is charged with eleven (11) co-defendants.

2. Counsel for the defendant will file all pertinent motions where he has identified an issue and has standing to raise the issue. However, counsel for the co-defendants may file the same motions and cite authority in his motions of which counsel is unaware.

3. Counsel for the co-defendant may be filing motions from his investigation on issues that undersigned counsel may be unaware and has standing to raise.

4. Counsel is currently unaware of all the motions that may be filed by counsel for the co-defendant.

5. It is in the interest of judicial economy to allow the defendant to join in and adopt all motions filed by his co-defendants.

WHEREFORE counsel respectfully requests that this motion be granted.

Dated: April 28, 2008

1

                    Respectfully submitted,

_____
Joseph R. Conte, Bar #366827
400 Seventh St., N.W. #400
Washington, D.C. 20004
(202) 638-4100

## CERTIFICATE OF SERVICE

_____ **I HEREBY CERTIFY** that a copy of the foregoing was served by the Electronic Case Filing system on all counsel.

                   _____/s/_____
Joseph R. Conte, Bar #366827
Counsel for Johnny Hodge
400 Seventh St., N.W.
Suite 400
Washington, D.C. 20004
Phone:     202.638.4100
Fax:       202.628.0249
E-mail:    jrc1113@msn.com

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) Cr. No. 07-131 (JR) |
| | ) |
| JOHNNY HODGE | ) |

## O R D E R

_____This matter is before the Court on the Defendant Johnny Hodge's Motion to Adopt and Conform Motions of Co-Defendant. The Court having considered the motion, the Government's response thereto and after a hearing on the motion it is this _____ day of _____, 2008,

**ORDERED** that the defendant's motion should be and hereby is **GRANTED**

**SO ORDERED**

_____
James Robertson