CO 324
Rev. 5/97

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| | ) | |
| v. | ) | Criminal Number 07-0131(JR) |
| | ) | |
| | ) | |
| | ) | |
| #5: FREDERICK MERCER | ) | Category   B |
| | ) | |

## REASSIGNMENT OF CRIMINAL CASE

The above-entitled case was reassigned on <u>July 16, 2008</u> from <u>Judge James Robertson</u> to <u>The Calendar Committee</u>  by direction of the Calendar Committee.

(Defendant has been a fugitive for more than 90 days.)

JUDGE ELLEN SEGAL HUVELLE<br>
Chair, Calendar and Case<br>
Management Committee

cc:     <u>Judge Robertson</u> & Courtroom Deputy
        Liaison, Calendar and Case Management Committee
        Criminal Case Processing Clerk
        U.S. Attorney—Judiciary Square Building, Room 5133
        Statistical Clerk

CO 324
Rev. 5/97

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| | ) | |
| v. | ) | Criminal Number 07-0131(JR) |
| | ) | |
| | ) | |
| | ) | |
| #7: MARTIN LEWIS | ) | Category   B |
| | ) | |

## REASSIGNMENT OF CRIMINAL CASE

The above-entitled case was reassigned on July 16, 2008 from Judge James Robertson to The Calendar Committee  by direction of the Calendar Committee.

(Defendant has been a fugitive for more than 90 days.)

JUDGE ELLEN SEGAL HUVELLE
Chair, Calendar and Case
Management Committee

cc:   Judge Robertson & Courtroom Deputy
Liaison, Calendar and Case Management Committee
Criminal Case Processing Clerk
U.S. Attorney—Judiciary Square Building, Room 5133
Statistical Clerk